IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA T. CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTRAL MORTGAGE COMPANY, d.b.a. CENTRAL MORTGAGE LOAN SERVICING COMPANY, and OLD REPUBLIC DEFAULT MANAGEMENT SERVICES,<br><br>  Defendants. | Case No.: 12-cv-4542 JSC<br><br>**ORDER TO SHOW CAUSE REGARDING AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(a)** |

The Court is in receipt of Defendant's Motion to Dismiss.[1] (Dkt. No. 20.) The motion indicates that Plaintiff filed a Chapter 7 Bankruptcy Petition with the Central District of California Bankruptcy Court on October 4, 2012. *See* Case No. 2:12-bk-43633-RK (C.D. Cal. Bankr.). Based on the Court's review of the docket in the bankruptcy case, Plaintiff's bankruptcy petition remains pending.

In light of Plaintiff's bankruptcy filing, Plaintiffs is ordered to show cause within fourteen days as to whether the automatic stay provisions of 11 U.S.C. § 362(a) apply. Section 362 prohibits "any act to obtain possession of property of the estate or of property from the estate

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff and Defendant, Central Mortgage Company, have consented to the jurisdiction of a United States magistrate judge; however, the Court notes that Defendant Old Republic Default Management Services does not appear to have been served yet.

or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1)(3). Defendant may file a response within seven days after receipt of Plaintiff's response.

The briefing schedule on Defendant's Motion to Dismiss is stayed pending disposition of this order to show cause.

**IT IS SO ORDERED.**

Dated: October 25, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE